**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSHUA J. ANGEL, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Case No. 1:18-cv-01142-RCL |
| v. | ) |
|  | ) |
| FEDERAL HOME LOAN MORTGAGE | ) |
| CORPORATION, et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

*PRO SE* **PLAINTIFF'S MOTIONS PURSUANT TO RULE 59(e) TO ALTER OR**
**AMEND JUDGMENT AND RULE 15(a) FOR LEAVE TO AMEND THE COMPLAINT**


*Pro se* Plaintiff in the above-captioned action hereby moves to alter or amend the

Memorandum Opinion [ECF No. 24] and Order [ECF No. 25] and for leave to file the Proposed

First Amended Complaint [ECF No. 27-2] for the reasons set forth in the Memorandum of Law

in Support filed with this motion.  A proposed order granting the relief requested by this Motion

is filed with this Motion.

Dated: March 18, 2019
      New York, New York

By:
    Joshua J. Angel
    2 Park Avenue
    New York, New York 10016
    Telephone: (917) 714-0409
    E-mail: joshuaangelnyc@gmail.com

*Pro Se Plaintiff*