UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA J. ANGEL,<br><br>    *Plaintiff,*<br><br>  v.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION, et al.,<br><br>    *Defendants.* | Case No. 1:18-cv-01142-RCL |

## NOTICE OF APPEAL

Notice is hereby given on this 19th day of June, 2019 that *Pro Se* Plaintiff Joshua J. Angel ("Plaintiff") appeals to the United States Court of Appeals for the District of Columbia Circuit from: (1) the Memorandum & Opinion (ECF No. 24) entered on March 6, 2019; (2) the Order granting Defendants' Joint Motion to Dismiss and dismissing the Complaint with prejudice (ECF No. 25) entered on March 6, 2019; (3) the Memorandum & Order denying Plaintiff's combined motion to alter judgment and for leave to amend (ECF No. 34) entered on May 24, 2019; and (4) all other orders and rulings adverse to Plaintiff in this case.

Dated: June 19, 2019

Respectfully submitted,

Joshua J. Angel
2 Park Avenue
New York, New York 10016
Telephone: (917) 714-0409
E-mail: joshuaangelnyc@gmail.com

*Pro Se Plaintiff*